```
                        FILED            RECEIVED
                        ENTERED          SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                           NOV 19 2012

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                        BY:                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-mj-116-CWH |
| vs. | **ORDER RESCHEDULING HEARING** |
| Davina Dixon | |
| Defendant. | |

Due to a conflict on the Court's calendar,

**IT IS HEREBY ORDERED** that the Hearing re: Verification of Completion of Sentence currently set for Tuesday, January 8, 2013, is rescheduled to **Tuesday, February 5, 2013, at 1:30 p.m. in LV Courtroom 3C before Magistrate Judge C.W. Hoffman, Jr.**

DATED this __19th__ day of November, 2012.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge